UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROSA MARGARITA RIVERA,<br><br>　　　　　Plaintiff,<br>　v.<br>PORTFOLIO RECOVERY ASSOCIATES LLC, et al.,<br>　　　　　Defendants.<br>_____/ | No. C 13-02322 MEJ<br><br>**JUDGMENT** |

　　　On August 2, 2013, Plaintiff Rosa Margarita Rivera filed a Notice that she has accepted Defendants' Offer of Judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 68, the Court hereby ENTERS judgment pursuant to the terms of the offer of judgment. The Clerk of Court shall close the file in this matter.

　　　**IT IS SO ORDERED.**

Dated: August 8, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge